UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**SHIPBUILDERS OF WISCONSIN, INC.**
**d/b/a/ BURGER BOAT COMPANY,**

       Petitioner,                            Case No. 2:14-cv-00199-LA

v.

**SEA OWL II, LTD.,**

       Respondent.

---

## DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Respondent Sea Owl II, Ltd. ("Sea Owl II"), furnishes the follow list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The undersigned attorney and law firm represents Sea Owl II, Ltd. in this litigation.

2. Sea Owl II is a corporation that has no parent corporation and no publicly held corporation owning 10% or more of its stock.

3. The law firm of Reinhart Boerner Van Deuren s.c. by and through its attorney David G. Peterson will appear on behalf of Respondent Sea Owl II in this litigation.

Dated April 22, 2014                Respectfully submitted,

                                            *s/ David G. Peterson*
                                            David G. Peterson
                                            dgpeterson@reinhartlaw.com
                                            Attorneys for Respondent SEA OWL II, LTD.
                                            Reinhart Boerner Van Deuren s.c.
                                            N16 W23250 Stone Ridge Drive, Suite 1
                                            Waukesha, WI 53188

Mailing Address:
P.O. Box 2265
Waukesha, WI 53187-2265
Telephone: 262-951-4500
Facsimile: 262-951-4690


and


Georgia K. Winston
GWinston@gibsondunn.com
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-3972
Facsimile: 212-351-6231